**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **MUHAMMAD ZAIN ALI,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | **CIVIL ACTION NO:** |
| **v.** | **)** | **1:24-cv-00124-TWT-JKL** |
| | **)** | |
| **EXPERIAN INFORMATION SOLUTIONS and EQUIFAX INFORMATION SERVICES LLC,** | **)** | |
| | **)** | |
| **Defendants** | **)** | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES, LLC</u>**

Plaintiff Muhammad Zain Ali and Defendant Equifax Information Services, LLC, acting through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims against Equifax Information Services, LLC are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Jeffrey B. Sand
Jeffrey B. Sand
GA Bar No. 181568
800 Battery Avenue SE
Suite 100
Atlanta, GA 30339
T: 404.205.5029
F: 866.800.1482
E: js@wsjustice.com

*Attorneys for Plaintiff*

By: /s/ Eric Barton
Eric Barton (Georgia Bar No. 040704)
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
ebarton@seyfarth.com

*Attorneys for Equifax Information Services, LLC*

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC with the font type and margin requirements of Times New Roman, 14-point font, in accordance with Local Rule 5.1.

/s/ Jeffrey Sand
Jeffrey Sand

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Jeffrey Sand
Counsel for Plaintiff

\