**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **MUHAMMAD ZAIN ALI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO:** |
| **v.** | ) | **1:24-cv-00124-TWT-JKL** |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS and EQUIFAX INFORMATION SERVICES LLC,** | ) | |
| | ) | |
| **Defendants** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Muhammad Zain Ali and Defendant Experian Information Solutions, Inc., acting through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims against Experian Information Solutions, Inc. are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.[1]

Respectfully submitted,

[1] Defendant Equifax Information Services LLC was dismissed from this action on April 10, 2024. [ECF No. 9].

By: <u>/s/ Jeffrey B. Sand</u>
Jeffrey B. Sand
GA Bar No. 181568
800 Battery Avenue SE
Suite 100
Atlanta, GA 30339
T: 404.205.5029
F: 866.800.1482
E: js@wsjustice.com

*Attorneys for Plaintiff*

By: <u>/s/ Rebecca M. Nocharli</u>
Rebecca M. Nocharli
Georgia Bar No. 633621
JONES DAY
1221 Peachtree Street, N.E., Ste. 400
Atlanta, GA 30361
Tel: (404) 521-3939
Fax: (404) 581-8330
Email: rnocharli@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

**LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC with the font type and margin requirements of Times New Roman, 14-point font, in accordance with Local Rule 5.1.

/s/ Jeffrey Sand
Jeffrey Sand

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Jeffrey Sand
Counsel for Plaintiff

\